```
                              FILED
                         DISTRICT COURT
                         CT OF MARYLAND

                         2003 MAR 10  A 11: 35
```

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
AT BALTIMORE

| | | |
|---|---|---|
| SHARON BROWN | : | _____DEPUTY |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. _____ |
| | : | |
| United States Postal Service, | : | CCB 03 CV 372 |
| et al. | : | |
| | : | |
| Defendants. | : | |

oOo

### ORDER

The Court having considered the United States Postal Service's motion for an enlargement of time to respond to the Complaint and finding good cause therefor, this _10th_ day of ~~February~~ _March_, 2003,

HEREBY ORDERS that the Defendant USPS shall have thirty (30) days within which to answer or otherwise respond to the Complaint filed in this case  Defendant USPS shall answer or otherwise respond no later than March 18, 2003.

/s/ CCB
_____
United States District Judge
Catherine C. Blake