FILED
U.S. DISTRICT COURT
ISTRICT OF MARYLAND

2003 MAR 0 A 11: 35

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
AT BALTIMORE
_____DEPUTY

SHARON BROWN          :

    Plaintiff,     :

    v.             :   Civil No.

United States Postal Service,  :   CCB 03 CV 372
et al.                :

    Defendants.    :
                      :
                    oOo

### ORDER

UPON CONSIDERATION of the United States' *unopposed* Motion to Substitute, it is this *10th* day of ~~February~~ *March*, 2003,

ORDERED that the motion be and hereby is granted; and it is further

ORDERED that the United States is substituted for the United States Postal Service as a defendant in this case; and it is further

ORDERED that the Clerk shall mail copies of this Order to all parties.

/s/ CCB
_____
United States District Judge
Catherine C. Blake