IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SHARON BROWN, | : | |
| Plaintiff, | : | |
| vs. | | |
| | : | |
| UNITED STATES OF AMERICA, *et al.*, | | Civil Action No.: CCB-03-372 |
| | : | (Magistrate Judge Bredar) |
| Defendants. | | |
| | : | |

...oOo...

## MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

The United States of America ("U.S."),[1] a defendant herein, by its attorneys, Thomas M. DiBiagio, United States Attorney for the District of Maryland, and John W. Sippel, Jr., Assistant United States Attorney for said district, pursuant to Fed. R. Civ. P. 12(b) moves this Court to dismiss Plaintiff's Complaint or, in the alternative, for summary judgment pursuant to Fed. R. Civ. P. 56. For the reasons set forth more fully in the accompanying Memorandum of Law, Plaintiff's claims against the U.S. are barred, and Plaintiff's claims must be dismissed from this action.

---

[1] In her Complaint, Plaintiff incorrectly named the United States Postal Service ("USPS") as a defendant in this action. All Federal Tort Claims Act actions must be brought against the United States, rather than an individual agency, such as the USPS. 28 U.S.C. § 2679 (a). *See also Myers & Myers, Inc. v. U. S. Postal Service*, 527 F.2d 1252, 1256 (2d. Cir. 1975). Counsel for USPS filed a Motion to Substitute with this Court, requesting that the United States be substituted as a defendant for the USPS. The Motion was granted on March 10, 2003.

          Respectfully submitted,

          Thomas M. DiBiagio
          United States Attorney


By: _____/s/_____
          John W. Sippel, Jr.
          Assistant United States Attorney
          Bar No. 25484
          6625 United States Courthouse
          101 West Lombard Street
          Baltimore, Maryland  21201-2692
          Tel:   (410) 209-4807
          Fax:   (410) 962-2310

OF COUNSEL:
Stanford Bjurstrom
Attorney
United States Postal Service
Law Department-National Tort Center
P.O. Box 66640
St. Louis, Missouri 63166-6640
Tel:   (314) 872-5120