**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

SHARON BROWN,                                   :

       **Plaintiff,**                              :
  vs.

                                   :

UNITED STATES OF AMERICA, *et al.*,                   **Civil Action No.: CCB-03-372**
                                   :    **(Magistrate Judge Bredar)**
       **Defendants.**

                                   :

**...oOo...**

Upon consideration of Defendant's Motion to Dismiss or, in the Alternative, for Summary

Judgment, any Opposition filed thereto, and any oral argument held thereon, it is the _____ day of

_____, 2003

ORDERED that Defendant's Motion to Dismiss or, in the Alternative, for Summary

Judgment be GRANTED; and it is further

ORDERED that this case be dismissed with prejudice; and it is further

ORDERED that the CLERK close this case and send copies of this ORDER to the parties

and/or their counsel.

                                          _____

                                          The Honorable Catherine C. Blake
                                          United States District Judge