IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SHARON BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | CIVIL ACTION NO. |
| ) | |
| UNITED STATES POSTAL SERVICE, ) | |
| and MAYOR AND CITY COUNCIL ) | |
| OF BALTIMORE, ) | |
| ) | |
| Defendants. ) | |

### DECLARATION OF STANFORD M. BJURSTROM
### IN PURSUANT TO 28 U.S.C. 1746

I, Stanford M. Bjurstrom, make the following declaration in lieu of an affadavit, as permitted by 28 U.S.C. 1746:

1. I am over 21 years of age and I am competent to give this declaration in all respects.

2. I am an attorney for the United States Postal Service ("USPS") Law Department.

3. As a USPS attorney, I am familiar with the Administrative Claim Files maintained by the USPS Law Department.

4. I am familiar with the Administrative Claim File of Sharon Brown regarding an incident that occurred on January 5, 2000 at the Main Post Office in Baltimore, Maryland.

Exhibit 1

5. On or about January 26, 2000, Sharon Brown presented an Administrative Claim to the USPS in connection with the occurrence described in Plaintiff's Complaint. Annexed hereto as Exhibit "A" is a true copy of Sharon Brown's SF-95 Form.

6. On April 20, 2000, the USPS denied Sharon Brown's claim and mailed the denial letter by certified mail to Sharon Brown's counsel. Annexed hereto as Exhibit "B" is a true copy of the denial letter.

7. The return receipt of the certified mail showed that the denial letter was received at plaintiff's counsel's office on April 24, 2000. Annexed hereto as Exhibit "C" is a true copy of the certified mail return receipt.

8. There is no record of Sharon Brown or Sharon Brown's counsel filing a request for reconsideration with the USPS.

Dated: March 11, 2003
at St. Louis, Missouri

Stanford M. Bjurstrom
Attorney
United States Postal Service
Law Department - National Tort Center
P.O. Box 66640
St. Louis, MO 63166-6440
Tele: (314) 872-5120

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 EXPIRES 3-31-91 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: | 2. Name, Address of claimant and claimant's personal representative, if any. (See instructions on reverse.) (Number, street, city, State and Zip Code) Ms. Sharon Brown 4734 Elison Avenue Baltimore, MD 21206 Leonard J. Sperling, Esquire |
|---|---|

| 3. TYPE OF EMPLOYMENT ☐ MILITARY ☐ CIVILIAN | 4. DATE OF BIRTH 9/15/54 | 5. MARITAL STATUS Single | 6. DATE AND DAY OF ACCIDENT 1/5/00 - 11:30 p.m. | 7. TIME (A.M. OR P.M.) 11:30 p.m. |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurence and the cause thereof) (Use additional pages if necessary.)

The Claimant was walking in the Central Post Office carrying a package. The Claimant tripped on a carpet in front of the entryway to t hepost office, as the carpet was bunched and buckled, causing the Claimant to fall to the ground with great force.

9. **PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)

RECEIVED 01-26-00

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)

10. **PERSONAL INJURY/WRONGFUL DEATH**

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT.

Claimant's Injuries are as follows: Back, Left Arm, Neck. (See attached medical record).

11. **WITNESSES**

| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
| Richard H. Ginn (Employee at Post Office). Angela Godsey | 1041 5th Avenue, Inglewood, CA 90303. |

12. (See instructions on reverse) **AMOUNT OF CLAIM (in dollars)**

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY $ 75,000.00. | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) $ 75,000.00. |
|---|---|---|---|

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) | 13b. Phone number of signatory 410 673 0141 | 14. DATE OF CLAIM 1/26/00 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of $2,000. plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

95-108
Previous editions not usable.

NSN 7540-00-634-4046

STANDARD FORM 95 (Rev. 7-85)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

A

**PRIVACY ACT NOTICE**

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.

A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.

C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.

D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid".

**INSTRUCTIONS**

Complete all items - insert the word NONE where applicable

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

Any instructions or information necessary in the preparation of your claim will be furnished, upon request, by the office indicated in item #1 on the reverse side. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplemental regulations also. If more than one agency is involved, please state each agency.

The claim may be filed by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with said claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file claim for both personal injury and property damage, claim for both must be shown in item 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) Failure to completely execute this form or to supply the requested material within two years from the date the allegations accrued may render your claim "invalid". A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

**Failure to specify a sum certain will result in invalid presentation of your claim and may result in forfeiture of your rights.**

Public reporting burden for this collection of information is estimated to average 15 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden,

to Director, Torts Branch  
Civil Division  
U.S. Department of Justice  
Washington, DC 20530

and to the  
Office of Management and Budget  
Paperwork Reduction Project (1105-0008)  
Washington, DC 20503

**INSURANCE COVERAGE**

In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of his vehicle or property.

15. Do you carry accident insurance? ☐ Yes, If yes, give name and address of insurance company *(Number, street, city, State, and Zip Code)* and policy number.  ☐ No

16. Have you filed claim on your insurance carrier in this instance, and if so, is it full coverage or deductible?

17. If deductible, state amount

18. If claim has been filed with your carrier, what action has your insurer taken or proposes to take with reference to your claim? *(It is necessary that you ascertain these facts)*

19. Do you carry public liability and property damage insurance? ☐ Yes, If yes, give name and address of insurance carrier *(Number, street, city, State, and Zip Code)* ☐ No

* U.S. Government Printing Office 1992-342-199/50143

SF 95 (Rev. 7-85) BACK



**UNITED STATES POSTAL SERVICE**

HQ-027192
OA: MLD
Brown, Sharon

April 20, 2000

**CERTIFIED NO. 7099 3220 0006 4169 8013
RETURN RECEIPT REQUESTED**

Leonard J. Sperling
Attorney at Law
Sperling and Famm
1777 Reisterstown Road
Baltimore, MD 21208

    Re:    Your Client:  Sharon Brown

Dear Mr. Sperling:

This is in reference to the administrative claim filed by you on behalf of your above referenced client under the provisions of the Federal Tort Claims Act as a result of an accident which occurred on January 5, 2000, in Baltimore, Maryland.

The Postal Service is not legally obligated to pay all losses that may occur, but only those due in some way to the negligent or wrongful act or omission of an employee while acting in the scope of his or her employment. We, of course, are guided in our determination by all the information available to us, including the reports of our personnel and any other persons acquainted with the facts.

Our investigation of this matter failed to reveal any negligence on the part of the Postal Service. While the Postal Service regrets any injury that may have been caused by this incident, we cannot accept legal liability in this matter. We must, therefore, deny your client's claim.

In the event that your client is dissatisfied with this denial and decides to seek redress for her damages in Court, suit must be instituted against the United States of America in an appropriate United States District Court within six (6) months from the date of the denial letter.

475 L'ENFANT PLAZA SW
WASHINGTON DC 20260



Regulations of the Postal Service provide that prior to the commencement of suit and prior to the expiration of the six-month period allowed for filing suit, you have the right to file a request for reconsideration of this claim. To be timely filed, the request must be received within the six-month period. A request for reconsideration must be in writing and may be sent to me or to the Managing Counsel, Civil Practice Section, United States Postal Service, Washington, D.C. 20260-1127. Upon timely filing of a request for reconsideration, the Postal Service will have six months to act upon your request.

A request for reconsideration should state the reasons you disagree with the Postal Service's decision and should be accompanied by any additional information and citations of law you wish to submit in support of your position.

Sincerely,

Omotara Abayomi
Paralegal Specialist
Civil Practice Section
(202) 268-2954

cc:  Dave Hepner
     Accident Investigator
     Main Post Office
     900 East Fayette Street, Rm. 510
     Baltimore, MD 21233-9333

     Case No. 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

2

HQ 027193   Sharon Brown

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:
LEONARD J SPERLING
ATTORNEY AT LAW
SPERLING AND FAMM
1777 REISTERSTOWN ROAD
BALTIMORE MD 21208

4a. Article Number
7099 3220 0006 4169 8013

4b. Service Type
☐ Registered          ☑ Certified
☐ Express Mail        ☐ Insured
☐ Return Receipt for Merchandise   ☐ COD

7. Date of Delivery
4-24-00

5. Received By: (Print Name)
LAURA MASUTZKY

6. Signature: (Addressee or Agent)

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1994     102595-98-B-0229   Domestic Return Receipt



C