IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| SHARON BROWN, | : | |
| Plaintiff, | : | |
| vs. | | |
| | : | |
| UNITED STATES OF AMERICA, *et al.*, | | Civil Action No.: CCB-03-372 |
| | : | (Magistrate Judge Bredar) |
| Defendants. | | |
| | : | |

...oOo...

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 18th day of March, 2003, a copy of Defendant's Motion to Dismiss or, in the Alternative, for Summary Judgment, proposed Order, Memorandum in Support and all exhibits, which were electronically filed on March 18, 2003, were mailed via first class mail, postage pre-paid, to: Leonard J. Sperling, Esquire, Sperling and Framm, Commercentre West, 1777 Reisterstown Road, Ste. 212, Baltimore, Maryland 21208.

Respectfully submitted,

Thomas M. DiBiagio
United States Attorney

By: _____/s/_____
John W. Sippel, Jr.
Assistant United States Attorney
Bar No. 25484
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201
Tel.:   (410) 209-4807
Fax:   (410) 962-2310