IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SHARON BROWN, :
:
    Plaintiff, :
:
    v. :
: Civil No. CCB-03-372
UNITED STATES OF AMERICA, :
*et al.* :
:
    Defendants. :
o0o

**CERTIFICATION OF FILING OF STATE COURT PAPERS**

Pursuant to Local Rule 103.5(6) of the United States District Court for the District of Maryland, Thomas M. DiBiagio, United States Attorney for the District of Maryland, and John W. Sippel, Jr., United States Attorney for said District, hereby certify that Exhibit 1 is a copy of the state court papers relative to the instant proceedings in Case Number 24-C-03-000429, filed in the Circuit Court of Maryland for Baltimore City, Maryland.

                        Respectfully submitted,

                        Thomas M. DiBiagio
                        United States Attorney

        By: _____/s/_____
                  John W. Sippel, Jr.
                  Assistant United States Attorney
                  Federal Bar Number 25484
                  6625 United States Courthouse
                  101 West Lombard Street
                  Baltimore, Maryland 21201-2692
                  410-209-4807
                  410-962-2310 facsimile