```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MARYLAND
```

SHARON BROWN,                         :
                                      :
    Plaintiff,                        :
                                      :
    v.                                :
                                      :  Civil No. CCB-03-372
UNITED STATES OF AMERICA,             :
*et al.*                              :
                                      :
    Defendants.                       :
                                     o0o

## NOTICE OF FILING OF LENGTHY EXHIBIT

Exhibit 1, which is an attachment to Defendant's Certification of Filing of State Court Papers exists only in paper format and if scanned will be larger than 1.5 MB. It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the document identified above.

                                    Respectfully submitted,

                                    Thomas M. DiBiagio
                                    United States Attorney

Date: March 20, 2003

                              By:_____/s/_____
                                  John W. Sippel, Jr.
                                  Assistant United States Attorney
                                  Federal Bar No. 05484
                                  6625 United States Courthouse
                                  101 West Lombard Street
                                  Baltimore, Maryland 21201-2692
                                  410-209-4807

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of March, 2003, a copy of the foregoing Notice of Filing of Lengthy Exhibit was sent by first class mail, postage prepaid, as follows:

    Leonard J. Sperling, Esquire
    Law Office of Leonard J. Sperling
    1777 Reisterstown Road
    Commercentre West, Suite 212
    Baltimore, Maryland 21208
      Attorney for Plaintiff

    Kurt Heinrich
    Assistant Solicitor
    Baltimore City Law Department
    100 N. Holliday Street, LL 77
    Baltimore, Maryland 21202
    Attorney for Mayor and City
      Council of Baltimore

                                      /s/
                              John W. Sippel, Jr.
                              Assistant United States Attorney