

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Northern Division*

---

*Thomas M. DiBiagio*
*United States Attorney*

*John W. Sippel, Jr.*
*Assistant United States Attorney*

*6625 United States Courthouse*
*101 West Lombard Street*
*Baltimore, Maryland 21201-2692*

*410-209-4800*
*TTY/TDD:410-962-4462*
*410-209-4807*
*FAX 410-962-2310*
*John.Sippel@usdoj.gov*

May 7, 2003

The Honorable James K. Bredar
United States District Court
 for the District of Maryland
United States Courthouse, Room 8C
101 W. Lombard Street
Baltimore, Maryland 21201

    Re:    Sharon Brown v. United States
             Civil Action No.: CCB-03-372

Dear Judge Bredar:

      This Federal Tort Claims Act case was referred to you by agreement of counsel for the parties for a settlement conference. The settlement conference is currently scheduled for Tuesday, June 17, 2003, at 10:00 a.m. Between June 17 and 26, 2003, I will be attending a trial advocacy seminar at the National Advocacy Center in Columbia, South Carolina. Due to my attendance at the seminar, I will be unable to attend the settlement conference on June 17, 2003, and respectfully request that the settlement conference by re-scheduled on a date convenient for the Court and agreeable to the parties. It is also important to note that the Defendant filed a dispositive motion on March 18, 2003, and no response has been filed by the Plaintiff. The Court's ruling on Defendant's motion could obviate the need for a settlement conference.

                                  Respectfully submitted,

                                    Thomas M. DiBiagio
                                  United States Attorney

                                  John W. Sippel, Jr.
                                  Assistant United States Attorney

cc:    Leonard J. Sperling, Esquire

       Clerk of the Court (via ECF)