## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SHARON BROWN ) | |
| ) | |
| v. ) | Civil Action No. CCB 03-372 |
| ) | |
| UNITED STATES OF AMERICA ) | |
| et. al. ) | |
| ) | |

### MEMORANDUM

Plaintiff Sharon Brown alleges that she was injured at a facility operated by the United States Postal Service. The United States Postal Service is an agency of the defendant, the United States of America. The United States has filed a motion to dismiss or, in the alternative, for summary judgment. Ms. Brown has not responded within the required time.[1] For the reasons stated, the motion will be granted.

Ms. Brown alleges that she slipped and fell at a Post Office on January 5, 2000. (Complaint ¶¶ 1-3.) On January 26, 2000, Ms. Brown filed a claim with the United States Postal Service as required by the Federal Tort Claims Act. (Def. Mot. Ex. A to Ex. 1); 28 U.S.C. § 2401(b). On April 20, 2000, the United States Postal Service sent Ms. Brown's attorney a letter denying her claim by certified mail. (Def. Mot. Ex. B to Ex. 1.) On January 3, 2003, Ms. Brown filed a complaint in the District Court of Maryland for Baltimore City.

Twenty-eight U.S.C. § 2401(b) provides that "[a] tort claim against the United States shall be forever barred . . . unless action is begun within six months after the date of filing, by certified or

---

[1] Because the time to file an opposition to the government's motion has passed, and no opposition nor motion for an extension of time has been filed, the court will rule on the government's motion without the benefit of an opposition from Ms. Brown.

registered mail, of notice of final denial of the claim by the agency to which it was presented."

Ms. Brown's complaint was filed more than thirty-two months after the United States Postal Service sent a final denial of her claim by certified mail. Her claim is therefore barred, and the government's motion will be granted.

A separate Order follows.

<table>
<tr><td>____May 9, 2003____<br>Date</td><td>_____/s/_____<br>Catherine C. Blake<br>United States District Judge</td></tr>
</table>