# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

SHARON BROWN          )
                              )
        v.                 )       Civil Action No.  CCB 03-372
                              )
UNITED STATES OF AMERICA   )
    et. al.              )
                              )

<u>ORDER</u>

For the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that:

(1) the United States of America's motion to dismiss or, in the alternative, for summary judgment (docket number 14) is **Granted**;

(2) the Clerk shall **Close** this case; and

(3) the Clerk shall send copies of this Order and the accompanying Memorandum to counsel of record.


    <u>    May 9, 2003    </u>                    <u>         /s/         </u>
Date                                     Catherine C. Blake
                                        United States District Judge